# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Corinthian Edwards, | Case No. 2:24-cv-02197-CDS-DJA |
| Plaintiff, | |
| v. | **Order** |
| Brian Williams, Sr., et al., | |
| Defendants. | |

Before the Court is Plaintiff's motion to extend discovery by sixty days. (ECF No. 17). No party has responded to the motion, constituting their consent to the Court granting it. LR 7-2(d). Plaintiff filed the motion one day after the deadlines to amend pleadings or add parties, but the Court liberally construes Plaintiff's motion and also finds that Plaintiff has shown good cause and excusable neglect for the extension he seeks. Fed. R. Civ. P. 16(b); LR 26-3.

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 17) is **granted.**

**IT IS FURTHER ORDERED** that the following deadlines shall govern discovery:

| | |
|---|---|
| Amend pleadings/add parties: | May 15, 2026 |
| Discovery cutoff: | June 15, 2026 |
| Discovery motions: | June 29, 2026 |
| Dispositive motions: | July 14, 2026 |
| Joint pretrial order: | August 13, 2026[1] |

DATED: April 7, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] Under LR 26-1(b)(5), if dispositive motions are filed, the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order. "LR" refers to the Local Rules for the United States District Court for the District of Nevada.