# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

Corinthian Edwards,

          Plaintiff,

  v.

Brian Williams, Sr.; et al.,

          Defendants.

Case No. 2:24-cv-02197-CDS-DJA

**Order**

Before the Court is Plaintiff's motion to extend the discovery cutoff from June 15, 2026, until July 14, 2026. (ECF No. 19). No party has responded to the motion, constituting their consent to the Court granting it. LR 7-2(d). The Court finds that Plaintiff has shown good cause for the extension and will therefore grant it and extend the deadlines following the discovery cutoff as well. *See* Fed. R. Civ. P. 16(b)(4).

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 19) is **granted.**

**IT IS FURTHER ORDERED** that the following deadlines shall govern discovery:

| | |
|---|---|
| Discovery cutoff: | July 14, 2026 |
| Discovery motions: | July 28, 2026 |
| Dispositive motions: | August 13, 2026 |
| Joint pretrial order: | September 14, 2026[1] |

DATED: May 27, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] Under LR 26-1(b)(5), if dispositive motions are filed, the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order. "LR" refers to the Local Rules for the United States District Court for the District of Nevada.